| | |
|---|---|
| 1 | JOSEPH P. RUSSONIELLO, CSBN 44332<br>United States Attorney |
| 2 | JOANN M. SWANSON, CSBN 88143<br>Assistant United States Attorney |
| 3 | Chief, Civil Division<br>ILA C. DEISS, NY SBN 3052909 |
| 4 | Assistant United States Attorney |
| 5 | 450 Golden Gate Avenue, Box 36055<br>San Francisco, California 94102 |
| 6 | Telephone: (415) 436-7124<br>FAX: (415) 436-7169 |
| 7 | |
| 8 | Attorneys for Defendant |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| BOOTA SINGH SAMRA, | ) | |
| | ) | No. C 10-0082 JCS |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **STIPULATION TO DISMISS AND** |
| | ) | **[PROPOSED] ORDER** |
| ALEJANDRO MAYORKAS, Director, United<br>States Citizenship and Immigration Services, | ) | |
| | ) | |
| Defendant. | ) | |

Plaintiff, by and through his attorney of record, and Defendant, by and through his attorney of record, hereby stipulate to dismissal of the above captioned action, pursuant to Fed. R. Civ. P. 41(a).

///

///

///

///

///

///

Stipulation to Dismiss
C10-0082 JCS                                                                 1

1    The parties will bear their own costs and fees.

2    Date: February 10, 2010            Respectfully submitted,

3                                   JOSEPH P. RUSSONIELLO
                                  United States Attorney

5                                   _____/s/_____
                                  ILA C. DEISS[1]
6                                   Assistant United States Attorney
                                  Attorneys for Defendant

9    Date: February 10, 2010            _____/s/_____
                                  JONATHAN KAUFMAN
                                  Attorney for Plaintiff

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: 02/10/10                            _____
                                  JOSEPH
                                  United St

---

[1] I, Ila Deiss, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this e-filed document.

Stipulation to Dismiss
C10-0082 JCS                              2