1 | JOSEPH P. RUSSONIELLO, CSBN 44332
United States Attorney
2 | JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
3 | Chief, Civil Division
ILA C. DEISS, NY SBN 3052909
4 | Assistant United States Attorney

5 | 450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
6 | Telephone: (415) 436-7124
FAX: (415) 436-7169
7

8 | Attorneys for Defendant

9 | UNITED STATES DISTRICT COURT

10 | NORTHERN DISTRICT OF CALIFORNIA

11 | SAN FRANCISCO DIVISION

12 | BOOTA SINGH SAMRA,            )
                                  ) No. C 10-0082 JCS
13 |            Plaintiff,         )
                                  )
14 |       v.                      ) **STIPULATION TO DISMISS AND**
                                  ) **[PROPOSED] ORDER**
15 | ALEJANDRO MAYORKAS, Director, United )
States Citizenship and Immigration Services, )
16 |                              )
             Defendant.            )
17 | _____)

18 |    Plaintiff, by and through his attorney of record, and Defendant, by and through his attorney of

19 | record, hereby stipulate to dismissal of the above captioned action, pursuant to Fed. R. Civ. P.

20 | 41(a).

21 | ///

22 | ///

23 | ///

24 | ///

25 | ///

26 | ///

27

28

Stipulation to Dismiss
C10-0082 JCS                                1

1     The parties will bear their own costs and fees.

2 Date: February 10, 2010            Respectfully submitted,

3                                    JOSEPH P. RUSSONIELLO
                                   United States Attorney

                                                  /s/
                                   ILA C. DEISS[1]
                                   Assistant United States Attorney
                                   Attorneys for Defendant

                                                  /s/
Date: February 10, 2010            JONATHAN KAUFMAN
                                   Attorney for Plaintiff

                                       **ORDER**

    Pursuant to stipulation, IT IS SO ORDERED.

Date: 02/10/10

                                   JOSEPH
                                   United St

---

[1] I, Ila Deiss, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this e-filed document.

Stipulation to Dismiss
C10-0082 JCS                            2